U.S. DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MICHAEL WATTE,

    Plaintiff,

vs.                                                            Case No.: 2:21-cv-02321-MSN-atc

SOCAIL SURCURTY ADMISTATION (SIC),

    Defendant.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's *pro se* Complaint, (ECF No. 1), filed May 19, 2021,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Plaintiff's Notice of Voluntary Dismissal, filed April 18, 2022, (ECF No. 28), settling this matter between the parties and dismissing all claims against Defendant without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i), all claims against Defendant are hereby **DISMISSED WITHOUT PREJUDICE**.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

April 19, 2022
Date